Certificate Number: 13858-PAM-DE-028504878

Bankruptcy Case Number: 16-04559



13858-PAM-DE-028504878

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 17, 2016, at 3:25 o'clock PM EST, Tuyen Thai completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  December 17, 2016      By:  /s/Marisol Sanchez

 Name:  Marisol Sanchez

 Title:  Counselor