```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-04559-RNO
Tuyen Mong Thai                                                     Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 2              Date Rcvd: Dec 19, 2016
                              Form ID: ntcnfhrg          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db             +Tuyen Mong Thai,    2347 Kensington Street,    Harrisburg, PA 17104-2016
4852235         CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4852237        +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
4852240        +FNB OMAHA,    1620 DODGE STREET,    OMAHA, NE 68197-0003
4860588        +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
4852241        +HUD/FHA,   NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
                 OKLAHOMA CITY, OK 73102-2811
4852245       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067)
4852246         ONEMAIN FINANCIAL ATTN: BK NOTICES,    PO BOX 6042,    SIOUX FALLS, SD 57117-6042
4852251        +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4852252        +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                 DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4852236        +E-mail/Text: dehartstaff@pamd13trustee.com Dec 19 2016 19:22:20     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4852238         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2016 19:22:00      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4852239         E-mail/Text: mrdiscen@discover.com Dec 19 2016 19:21:30     DISCOVER BANK,    12 READS WAY,
                 NEW CASTLE, DE 19720
4854243         E-mail/Text: mrdiscen@discover.com Dec 19 2016 19:21:30     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4852242         E-mail/Text: cio.bncmail@irs.gov Dec 19 2016 19:21:44     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4852243        +E-mail/Text: bk@lendingclub.com Dec 19 2016 19:22:20     LENDING CLUB,    71 STEVENSON, STE 300,
                 SAN FRANCISCO, CA 94105-2985
4852244        +E-mail/Text: unger@members1st.org Dec 19 2016 19:22:30     MEMBERS 1ST FCU,    5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
4862925        +E-mail/PDF: cbp@onemainfinancial.com Dec 19 2016 19:12:01     OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
4852247        +E-mail/Text: bankruptcy@prosper.com Dec 19 2016 19:22:21     PROSPER,    111 SUTTER STREET,
                 SAN FRANCISCO, CA 94104-4540
4852248         E-mail/PDF: cbp@onemainfinancial.com Dec 19 2016 19:11:54     SPRINGLEAF FINANCIAL,
                 601 NW SECOND STREET,    EVANSVILLE, IN 47708
4852249        +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2016 19:12:01     SYNCB/SAMSDC,
                 BANKRUPTCY NOTICES,    PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4852250*       +Tuyen Mong Thai,    2347 Kensington Street,    Harrisburg, PA 17104-2016
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: AGarner              Page 2 of 2              Date Rcvd: Dec 19, 2016
                               Form ID: ntcnfhrg          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor Tuyen Mong Thai DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Kara Katherine Gendron     on behalf of Debtor Tuyen Mong Thai karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Tuyen Mong Thai<br>Debtor(s) | Chapter 13<br>Case No. 1:16−bk−04559−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **January 18, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 1, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 19, 2016 |