# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

TUYEN MONG THAI                                                 Case No.: 1-16-04559-HWV
                                                                Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**          **MORTGAGE INFORMATION**
Creditor Name:                  NATIONSTAR MORTGAGE
Court Claim Number:             11
Last Four of Loan Number:       8309/PRE ARREARS/2347 KENSINGTON ST
Property Address if applicable: 2347 KENSINGTON STREET, , HARRISBURG, PA17104

**PART 2:**          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                                $69.89
b. Prepetition arrearages paid by the Trustee:                                    $69.89
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                               $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                       $0.00
e. Allowed postpetition arrearage:                                                $0.00
f. Postpetition arrearages paid by the Trustee:                                   $0.00
g. Total b, d, f:                                                                 $69.89

**PART 3:**          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 19, 2019                      Respectfully submitted,

                                         s/ Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         Fax: (717) 566-8313
                                         eMail: dehartstaff@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 11

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1202023 | 05/09/2019 | $69.89 | $0.00 | $69.89 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

TUYEN MONG THAI	Case No.: 1-16-04559-HWV
	Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 19, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

KARA K GENDRON	SERVED ELECTRONICALLY
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA,  17101-

NATIONSTAR MORTGAGE, LLC	SERVED BY 1ST CLASS MAIL
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX,  75261-9741

TUYEN MONG THAI	SERVED BY 1ST CLASS MAIL
2347 KENSINGTON STREET
HARRISBURG, PA  17104

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2019	s/   Donna Schott
	Charles J. DeHart, III, Trustee
	Standing Chapter 13 Trustee
	Suite A, 8125 Adams Drive
	Hummelstown, PA  17036
	Phone: (717) 566-6097
	Fax: (717) 566-8313
	eMail: dehartstaff@pamd13trustee.com